# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY MOSS,<br><br>        Plaintiff,<br><br>    v.<br><br>BOWERMEN, et al.,<br><br>        Defendants. | Case No. 1:18-cv-01191-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE<br><br>(ECF No. 2.)<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS* CLARIFYING ASSETS OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Amy Moss ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On September 4, 2018, Plaintiff filed a motion to proceed *in forma pauperis*. (ECF No. 2.) In her application, Plaintiff reported that she has cash (including the balance of checking or savings accounts) in the amount of $4,544.28. However, the certified trust account attached to Plaintiff's application indicates that she has a balance of $61.10, and during the past six months had an average monthly balance of $616.12. (Id.) Plaintiff does not clarify the source of the cash balance she identified, or whether she has access to that money.

As the evidence before the Court of Plaintiff's assets is inconclusive, the Court will provide Plaintiff with an opportunity to clarify her financial condition and adequately demonstrate financial hardship.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;
2. No extension of time will be granted without a showing of good cause; and
3. **<u>The failure to comply with this order will result in dismissal of this action without prejudice</u>.**

IT IS SO ORDERED.

Dated:   **September 10, 2018**                        /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE