# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY MOSS, <br><br> Plaintiff, <br><br> v. <br><br> BOWERMEN, et al., <br><br> Defendants. | Case No.: 1:18-cv-01191-LJO-BAM (PC) <br><br> ORDER THAT INMATE AMY MOSS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Amy Moss is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on November 19, 2019. Inmate Amy Moss, CDCR #W-77545, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **November 19, 2019**

UNITED STATES MAGISTRATE JUDGE